**CT Corporation**

# Service of Process Transmittal
07/27/2020
CT Log Number 537994095

**TO:**   Luisa Gomes
Ross Stores, Inc.
5130 Hacienda Dr
Dublin, CA 94568-7635

**RE:**   **Process Served in Louisiana**

**FOR:**   Ross Stores, Inc.  (Domestic State: DE)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARILYN F. MOLERO, Pltf. vs. ROSS DRESS FOR LESS, INC. and ROSS STORES, INC., Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 202004373 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/27/2020 at 09:00 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/27/2020, Expected Purge Date: 08/01/2020 |
| | Image SOP |
| | Email Notification,  Luisa Gomes  maria.gomes@ros.com |
| | Email Notification,  TAIALA PUAMAU  taiala.puamau@ros.com |
| | Email Notification,  VANESSA LANGLAIS  vanessa.langlais@sedgwick.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

ATTORNEY'S NAME:    Truitt, Jack E 18476
AND ADDRESS:        149 North New Hampshire Street , Covington, LA 70433-3235

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2020-04373 | DIVISION: M | SECTION: 13 |
|---|---|---|

## MOLERO, MARILYN

### Versus

### ROSS DRESS FOR LESS ET AL

### CITATION

TO:          ROSS STORES, INC

THROUGH:     THROUGH ITS AGENT FOR SERVICE: CT CORPORATION SYSTEM

             3867 PLAZA TOWER DR, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages W/ JURY ORDER, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 24, 2020

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by**
**Paige Jefferson, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| Petition for Damages W/ JURY ORDER, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS | Petition for Damages W/ JURY ORDER, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON ROSS STORES, INC | ON ROSS STORES, INC |
| THROUGH: THROUGH ITS AGENT FOR SERVICE: CT CORPORATION SYSTEM | THROUGH: THROUGH ITS AGENT FOR SERVICE: CT CORPORATION SYSTEM |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said ROSS STORES, INC being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER           RETURN | Deputy Sheriff of _____ |
| _____/_____/_____ | |
| SERIAL NO.   DEPUTY   PARISH | |

2020-04373

# M

## Section 13

## JURY NO.

CIVIL DISTRICT COURT FOR ORLEANS PARISH

STATE OF LOUISIANA

**FILED**

2020 JUN 03  P 05:09

CIVIL

DISTRICT COURT

DIVISION " "

MARILYN F. MOLERO

VERSUS

ROSS DRESS FOR LESS, INC. and ROSS STORES, INC.

FILED:_____          _____

                                          DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes petitioner, Marilyn Molero, a person of the full age of majority, domiciled in the Parish of St. Bernard, State of Louisiana, who respectfully represent the following:

1.

That made defendants herein are:

A. **ROSS DRESS FOR LESS, INC.**, who, upon information and belief, is a foreign company authorized to do and doing business in the State of Louisiana; AND

B. **ROSS STORES, INC.**, who, upon information and belief, is a foreign company authorized to do and doing business in the State of Louisiana;

2.

Defendants are indebted unto your petitioner, in an amount sufficient to invoke the jurisdiction of this Honorable Court, and for trial by jury, which amount exceeds $75,000, exclusive of interests and costs.

3.

On July 31, 2019, Marilyn Molero was a patron at the Ross Dress For Less, Inc., store number 1653, located at 2900 S. Claiborne, New Orleans, Louisiana 70115. While walking through the store, she jammed her left pointer finger and hand by walking into an unnoticeable, empty J hook, which protruded into the customer lane of travel.

4.

Upon information and belief, at all times material hereto, the Ross Dress For Less, Inc., store number 1653, located at 2900 S. Claiborne, New Orleans, Louisiana 70115, was owned and/or operated by Ross Dress For Less, Inc. and or Ross Stores, Inc. On the said date, defendant, Ross

E-Filed

2020-04373

**M**

Section 13

FILED

2020 JUN 03   P 05:09

CIVIL

DISTRICT COURT

Dress For Less, Inc. and/or Ross Stores, Inc., had care, custody and control over the Ross Dress For Less, Inc., store number 1653, located at 2900 S. Claiborne, New Orleans, Louisiana 70115.

5.

Petitioner, Marilyn Molero, is in no way negligent nor did she breach any duty.

6.

Petitioner jammed her left pointer finger and hand on an unnoticeable, empty J hook, located in the direct lane of travel for patrons. As a result of said accident, Marilyn Molero suffered a left hand injury, which has required continuing treatment.

7.

Your petitioner, Marilyn Molero , avers that the sole and proximate cause of the accident was the negligence of the defendants in the following non-exclusive respects:

1.   In allowing a dangerous and/or hazardous condition to exist on the premises;

2.   In failing to warn patrons of a dangerous condition which they knew or should have known existed;

3.   Placing an unnoticeable J hook in an area which they knew or should have known would be highly traveled by patrons;

4.   In failing to maintain the property so as to render it safe for patrons; and

5.   Any and all other acts of negligence, which may be revealed upon the trial of this matter, all of which acts are contrary to the law of the state of Louisiana, and are pled herein as if copied in extenso.

8.

That your petitioner, Marilyn Molero, as a result of this accident, suffered  past, present and future medical expenses, past, present and future mental anguish, as well as sustained personal injuries, which she has not fully recovered from. Petitioner avers that as a result of this accident she was forced to consult a private physician for injuries to the mind and body, including but not limited to, her elbow, hand, fingers, and other such parts of the body for which the defendant is liable.

10.

That your petitioner prays for such damages as are reasonable in the premises, including such damages for past, present and future medical expenses; past, present and future lost wages, damages for past, present and future physical pain and suffering and mental pain and suffering; for permanent disabilities; loss of consortium, and for inconvenience.  Said damages do exceed $75,000.00, exclusive of interest and costs.

11.

2020-04373

**M**

**Section 13**

FILED

2020 JUN 03  P 05:09

CIVIL

DISTRICT COURT

Petitioner reserves the right to amend this Petition at a later date should it be warranted by developments which become known in the future.

WHEREFORE, your petitioner prays that the defendant be duly cited and served with a copy of this Petition for Damages, and after all legal delays and due proceedings had and a trial by jury herein, that there be judgment herein in favor of petitioner, Marilyn Molero, for an amount deemed reasonable in the premises, and against defendants Ross Dress For Less, Inc. And Ross Stores, Inc., together with legal interest from the date of judicial demand until paid, and for all costs of these proceedings. Petitioner further prays for trial by jury and all other general and equitable relief.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
LAUREN A. DUNCAN, BAR NO. 37105
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Plaintiff, Marilyn Molero

**PLEASE SERVE:**
Ross Dress For Less, Inc.
through its agent for service,
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana 70816

Ross Stores, Inc.
through its agent for service,
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, Louisiana 70816

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

E-Filed

2020-04373

# M

## Section 13

NO.



CIVIL DISTRICT COURT FOR ORLEANS PARISH

STATE OF LOUISIANA

## FILED

2020 JUN 03  P 05:09
CIVIL
DISTRICT COURT

DIVISION " "

MARILYN F. MOLERO

VERSUS

ROSS DRESS FOR LESS, INC. and ROSS STORES, INC.

FILED:_____          _____
                                        DEPUTY CLERK

### REQUEST FOR NOTICE

PURSUANT TO Articles 1913, 1914 and 1572 of the Louisiana Code of Civil Procedure,

plaintiff, Marilyn Molero, hereby requests that she be given written notice of the date of trial, as well

as written notice of each rendition by the Court of any Judgment, and/or Interlocutory Order entered

in the above entitled and numbered case.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
LAUREN A. DUNCAN, BAR NO. 37105
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Plaintiff, Marilyn Molero

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

2020-04373

# M

## Section 13

CIVIL DISTRICT COURT FOR ORLEANS PARISH

STATE OF LOUISIANA

**FILED**

2020 JUN 03  P 05:09

CIVIL

DISTRICT COURT

NO.                                          DIVISION "    "

MARILYN MOLERO

VERSUS

ROSS DRESS FOR LESS, INC. and ROSS STORES, INC.

FILED:_____        _____

                                                            DEPUTY CLERK

### JURY ORDER

Considering the foregoing request for a jury trial, in accordance with La. C.C.P. Art. 1734, _et seq._, movers, Marilyn Molero, shall post a jury bond in the amount of $_____.  The jury bond shall be filed with the Clerk of Court within ____ days prior to trial.

The jury bond will bind mover unto the Clerk of Court in the amount of $_____

for the payment of all costs of the trial by jury in the above cause.

New Orleans, Louisiana, this_____ day of _____, 2020.

**JUN 0 8 2020**

Sgd,

_Paulette Irons_

_____

Judge, Division ___, Section 13

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

2020-04373

# M

## Section 13

**FILED**

2020 JUN 03  P 05:09

CIVIL

DISTRICT COURT

CIVIL DISTRICT COURT FOR ORLEANS PARISH

STATE OF LOUISIANA

NO.                                                    DIVISION "    "

Marilyn F. Molero

VERSUS

ROSS DRESS FOR LESS, INC. and ROSS STORES, INC.

FILED:_____        _____

DEPUTY CLERK

## INTERROGATORIES

PLEASE TAKE NOTICE that you are hereby notified and required to answer, separately, fully, in writing, and under oath, these Interrogatories and provide these answers to Jack E. Truitt, The Truitt Law Firm, 149 North New Hampshire St., Covington, Louisiana, 70433, within the applicable delays allowed by law.  **Your answers to Interrogatories must be accompanied by a Verification signed by you, stating that your answers to these Interrogatories are true and correct, and have been made under oath.  Failure to attach said Verification will necessitate the preparation and filing of a Motion to Compel, including, but not limited to, a request for sanctions.**

These Interrogatories, and the answers thereto, are deemed to be continuing and supplementation of answers is required as new information becomes known to you or your attorney.

## INTERROGATORY NO. 1

Please provide the names, addresses and titles of all Ross Dress For Less, Inc/Ross Stores, Inc. personnel and employees who were working on the day of the accident in question.  Please indicate which employee/employees were responsible for maintaining and/or setting up the displays in the store.

## INTERROGATORY NO. 2

Please state the name, address, place of employment and job title or capacity of all persons known to Ross Dress For Less, Inc/Ross Stores, Inc. or its attorneys who witnessed the accident in question or who came upon the scene of the accident after its occurrence, or who have or purport to have any knowledge regarding the facts and circumstances surrounding the happening of the accident in question herein.

E-Filed

2020-04373

**FILED**

2020 JUN 03  P 05:09

CIVIL

DISTRICT COURT

# M

Section 13

### INTERROGATORY NO. 3

Were any statements, written or otherwise, obtained from the plaintiff or anyone interviewed or questioned by or on behalf of Ross Dress For Less, Inc/Ross Stores, Inc. in connection with the accident in question? If so, please provide the names and addresses of each person who obtained the statement and the names and addresses of each person from whom the statement was obtained.

### INTERROGATORY NO. 4

Please state the names and addresses of any and all witnesses whom Ross Dress For Less, Inc/Ross Stores, Inc. may or will call at the time of trial of this matter, providing a brief summary of the facts or allegations which Ross Dress For Less, Inc/Ross Stores, Inc. intends to establish thereby.

### INTERROGATORY NO. 5

Please state whether or not any photographs, slides, motion pictures, videos, blueprints, diagrams and/or any other type of drawings or sketches were made, taken or prepared by or on behalf of Ross Dress For Less, Inc/Ross Stores, Inc. of the accident scene and the surrounding area. If so, please state:

   a.   When any such documents were made, taken or prepared;

   b.   The name and address of each party who made, took or prepared any of same; and

   c.   The name and address of each party who presently has possession of same.

### INTERROGATORY NO. 6

Please identify any and all exhibits you may use at the trial of this matter.

### INTERROGATORY NO. 7

Please state the name, address and qualifications of each expert whom Ross Dress For Less, Inc/Ross Stores, Inc. expects to call as an expert witness at the trial of this matter, the subject matter which the expert expects to testify and attached a copy of any report, including factual observations, opinions, notes, diagrams, etc. which have been prepared by any expert.

### INTERROGATORY NO. 8

Please state whether or not Ross Dress For Less, Inc/Ross Stores, Inc. has a copy of any statement which the plaintiff previously made concerning the instant accident or its subject matter and who is in the possession, custody or control of said statement.

For the purpose of this question, a statement previously made is 1) a written statement signed or otherwise adopted or approved by the person making it, or 2) a

2020-04373

FILED
2020 JUN 03  P 05:09
CIVIL
DISTRICT COURT

**M**

**Section 13**

stenographic, mechanical, electrical or other recording or a transcription thereof, which is a substantially verbatim recital of an oral statement by the person making it and contemporaneously recorded.

**INTERROGATORY NO. 9**

Was an investigation made by or on behalf of Ross Dress For Less, Inc/Ross Stores, Inc. as a result of the accident in question?  If so, for each investigation, please state:

    a.    The date and time it occurred;

    b.    The name, address and job title of each person who conducted such; and

    c.    Whether any investigative reports were made of it and, if so, the name and address of the person who has custody of such reports.

**INTERROGATORY NO. 10**

Has any other accident occurred in the same area as, or in a similar manner to, the accident in which plaintiff was injured?  If so, for each accident, please state:

    a.    The date and time it occurred;

    b.    A description of how it occurred;

    c.    The name and address of the person to whom it occurred;

    d.    The location in which it occurred; and

    e.    Whether any safety precautions were taken as a result of such accident and, if so, a description of such safety precaution.

**INTERROGATORY NO. 11**

Plaintiff alleges that the empty J hook was unnoticeable to a walking patron and caused her to injure herself.  Does Ross Dress For Less, Inc/Ross Stores, Inc. contend that the J hook was noticeable and the injury sustained is the plaintiff's fault?  If so, please state the following:

    a.    What you contend led to plaintiff walking into the J hook; and

    b.    On what facts you base such contention.

**INTERROGATORY NO. 12**

Was Ross Dress For Less, Inc/Ross Stores, Inc. or its employees aware of an injury in the store dealing with the same J hook prior to the accident in question?  If so, for each person who was aware of the trash/debris on the floor, state the following:

    a.    His or her name;

    b.    The circumstances from which he or she received such notice;

2020-04373

**M**
Section 13

FILED

2020 JUN 03  P 05:09

CIVIL

DISTRICT COURT

c.    A description of the notice received;

d.    The time and place he or she received such notice;

e.    Were there any persons who informed him or her of its presence and if so, the name

and address of each person who informed him or her; and

f.    Whether he or she took any action as a result of such notice and, if so, a description

of the action that was taken and the time in which it was taken.

**INTERROGATORY NO. 13**

Did    Ross Dress For Less, Inc/Ross Stores, Inc. or any of its employees receive any

complaint, warning or any other notice concerning the unnoticeable J hook where the incident

happened or any other unnoticeable hooks located in the store, prior to the accident in question?  If

so, for each complaint, warning or other notice, please state:

a.    The date and time it was received;

b.    Whether it was written or oral and, if oral, the substance of such;

c.    The name and address of the party by whom it was given;

d.    The name, address and job title of the person who received it;

e.    The nature and location of the cooler; and

f.    Whether any action was taken as a result of it and, if so, a description of the action

and the time in which it was taken.

**INTERROGATORY NO. 14**

Was any warning given to plaintiff or any other person concerning any danger in the area

where the accident occurred?  If so, for each warning, please state:

a.    A description of or the substance of the warning that was given;

b.    The name and address of the person who gave the warning;

c.    The name and address of each person to whom it was given;

d.    The form in which it was given; and

e.    The reason it was given.

**INTERROGATORY NO. 15**

If you contend that anyone other than yourself was responsible for this accident, please

identify that person or persons by name, address, and telephone number and give the reasons why

you believe said person or persons to be at fault.

2020-04373

# M

**INTERROGATORY NO. 16**

## Section 13

Have you put plaintiff under surveillance?

**INTERROGATORY NO. 17**

If the answer to Interrogatory number 16 is yes, please identify by name, address, and telephone number the person or persons performing the surveillance, as well as the dates that any surveillance was performed.

**INTERROGATORY NO. 18**

If you contend plaintiff's injuries from this accident were pre-existing, please state when you claim plaintiff was previously injured and/or how plaintiff was injured.

**INTERROGATORY NO. 19**

For your answer to Interrogatory Number 18, please state the health care provider, doctor, and/or institution who treated plaintiff for the alleged pre-existing injuries and/or to whom plaintiff complained about the alleged pre-existing injuries.

**INTERROGATORY NO. 20**

If you contend plaintiff aggravated any injuries from this accident in a subsequent accident, please state the date of injuries, describe the injuries, and give the health care provider to whom plaintiff complained about the subsequent injuries.

**INTERROGATORY NO. 21**

Please identify the person or persons supplying the information necessary to respond to these Interrogatories by stating their name, address and relationship to the defendant.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
LAUREN A. DUNCAN, BAR NO. 37105
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Plaintiff, Marilyn Molero

**PLEASE SERVE WITH PETITION FOR DAMAGES**

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

2020-04373

# M
## Section 13

CIVIL DISTRICT COURT FOR ORLEANS PARISH

STATE OF LOUISIANA

**FILED**

2020 JUN 03  P 05:09

CIVIL
DISTRICT COURT

NO.

DIVISION " "

MARILYN MOLERO

VERSUS

ROSS DRESS FOR LESS, INC. and ROSS STORES, INC.

FILED:_____        _____

DEPUTY CLERK

## REQUESTS FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that you are hereby notified and required to produce and permit for inspection and copying the following documents and things at the office of Jack E. Truitt, The Truitt Law Firm, 149 North New Hampshire St., Covington, Louisiana, 70433, within the applicable delays allowed by law. **Your responses to these Requests for Production of Documents must be accompanied by a Verification signed by you, stating that your responses to these Requests for Production of Document are true and correct, and have been made under oath. Failure to attach said Verification will necessitate the preparation and filing of a Motion to Compel, including, but not limited to, a request for sanctions.**

These Requests, and the responses thereto, are deemed to be continuing and supplementation of responses is required as new information becomes known to you or your attorney.

## REQUEST NO. 1

A certified, true copy of each policy, contract and/or agreement of insurance and/or indemnification which would afford Ross Dress For Less, Inc/Ross Stores, Inc. Store Number 1653, its agents, employees and/or others coverage for claims of the nature asserted herein by plaintiff, whether primary, excess or umbrella policies.

## REQUEST NO. 2

A copy of any statement previously made by any person, whether a party or not, concerning the instant accident or its subject matter and which is in the possession, custody or control of Ross Dress For Less, Inc/Ross Stores, Inc.

For the purpose of this question, a statement previously made is 1) a written statement signed or otherwise adopted or approved by the person making it, or 2) a stenographic, mechanical, electrical or other recording or a transcription thereof,

E-Filed

2020-04373

FILED

2020 JUN 03  P 05:09

CIVIL
DISTRICT COURT

# M
## Section 13

which is a substantially verbatim recital of an oral statement by the person making it and contemporaneously recorded.

## REQUEST NO. 3

Copies of any and all photographs, slides, motion pictures, videos, blueprints, diagrams and/or any other type of drawings or sketches that were made, taken or prepared by or on behalf of Ross Dress For Less, Inc/Ross Stores, Inc., Store Number 1653, of the accident scene and the surrounding area.

## REQUEST NO. 4

Copies of any and all photographs, slides, motion pictures, videos, blueprints, diagrams and/or any other type of drawings or sketches that were made, taken or prepared by or on behalf of Ross Dress For Less, Inc/Ross Stores, Inc., Store Number 1653, of the plaintiff.

## REQUEST NO. 5

Copies of any and all documents which reflect company policies and/or procedures for maintaining and recording injury reports of Ross Dress For Less, Inc/Ross Stores, Inc., Store Number 1653.

## REQUEST NO. 6

Copies of any and all investigative reports made by or on behalf of Ross Dress For Less, Inc/Ross Stores, Inc., Store Number 1653 subsequent to the accident in question.

## REQUEST NO. 7

Copies of any and all time cards, personnel records and logs, or any other similar documents evidencing which Ross Dress For Less, Inc/Ross Stores, Inc., Store Number 1653, employees were working on the date of the accident in question and their respective area of assignment.

## REQUEST NO. 8

Copies of any and all exhibits you may or will use at the trial of this matter.

## REQUEST NO. 9

Any and all medical records you may use at trial for impeachment purposes and/or medical records which you claim reflect any injuries from this accident which were pre-existing.

## REQUEST NO. 10

Any and all records that show plaintiff complained of pain to the areas injured herein before the accident herein. Please attach only the page with the complaint and the source of the record.

## REQUEST NO. 11

Any and all medical records you may use at trial for impeachment purposes and/or which you

2020-04373

**M**

Section 13

claim reflect any injuries from this accident which were aggravated by a subsequent injury or accident.

FILED

2020 JUN 03  P 05:09

CIVIL
DISTRICT COURT

**REQUEST NO. 12**

Any and all medical records you have in your possession with regard to plaintiff.

**REQUEST NO. 13**

Please produce any and all reports related to investigation or surveillance of the plaintiff.

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

JACK E. TRUITT, BAR NO. 18476, T.A.
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
LAUREN A. DUNCAN, BAR NO. 37105
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Plaintiff, Marilyn Molero

**PLEASE SERVE WITH PETITION FOR DAMAGES**

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

2020-04373

# M

## Section 13

CIVIL DISTRICT COURT FOR ORLEANS PARISH

STATE OF LOUISIANA

**FILED**

2020 JUN 03   P 05:09

CIVIL

DISTRICT COURT

NO.

DIVISION " "

MARILYN MOLERO

VERSUS

ROSS DRESS FOR LESS, INC. and ROSS STORES, INC.

FILED:_____          _____
                                        DEPUTY CLERK

## <u>VERIFICATION</u>

BEFORE ME, the undersigned authority, after having first been duly sworn to testify to the

truth, personally came and appeared:

### A REPRESENTATIVE OF

who, after having been first duly sworn to testify to the truth, does verify that the attached Answers

to Interrogatories and Responses to Requests for Production of Documents are true and correct.

This _____ day of _____, 2020.

WITNESSES:

_____          _____

_____

SWORN TO AND SUBSCRIBED

BEFORE ME THIS _____ DAY

OF _____, 2020.

_____
NOTARY PUBLIC

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT.
PARISH OF ORLEANS
STATE OF LA

E-Filed