UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARILYN F. MOLERO** | * | **CIVIL ACTION NO.: 20-2350** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE: WENDY B. VITTER** |
| **ROSS DRESS FOR LESS, INC.** | * | |
| **AND ROSS STORES, INC.** | * | |
| | * | **MAG: MICHAEL B. NORTH** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN**, that plaintiff, Marilyn F. Molero, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order and Reasons of March 23, 2021, granting defendant's Motion for Summary Judgment (Rec. Doc. 33), and the Court's Judgment of March 24, 2021, dismissing plaintiff's claims with prejudice. (Rec. Doc. 34).

Respectfully submitted,

**THE TRUITT LAW FIRM**
A Limited Liability Company

*/s/ Jack E. Truitt*
JACK E. TRUITT, BAR NO. 18476, T.A.
LOU ANNE MILLIMAN, BAR NO. 23869
MICHELLE MAYNE DAVIS, BAR NO. 23027
NANCY N. BUTCHER, BAR NO. 24178
LAUREN A. DUNCAN, BAR NO. 37105
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Marilyn Molero

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was sent to all counsel of record via electronic filing through the CM/ECF system on the 29th day of March, 2021. Copies to any counsel not listed on the Court's CM/ECF system have been sent via U.S. first class mail, postage pre-paid and properly addressed.

                            */s/ Jack E. Truitt*
                            Jack E. Truitt